NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1403, -1491

LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Plaintiff-Appellee,

v.

TRANSAMERICA LIFE INSURANCE COMPANY,
WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO,
and TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY,

Defendants-Appellants.

Appeals from the United States District Court for the Northern District of Iowa in 06-CV-110, Judge Mark W. Bennett.

ON MOTION

O R D E R

Upon consideration of Transamerica Life Insurance Company et. al's (Transamerica) motion to substitute Steven M. Bauer as principal counsel, replacing John Kenneth Felter, and the parties' joint motion for a 46-day extension of time, until October 9, 2009, for Transamerica to file its principal brief,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

SEP 22 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Steven M. Bauer, Esq.
      D. Randall Brown, Esq.
      John Kenneth Felter, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 2 2009

JAN HORBALY
CLERK